UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-03006-SVW-JEM | Date | May 19, 2022 |
|---|---|---|---|
| Title | Alex Alfonso Salaverria v. Joann Diaz De Morales et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**     IN CHAMBERS ORDER DISMISSING CASE

Case should have been closed on Docket Entry [8], dated May 11, 2022.  Make JS-6.

: _____

Initials of Preparer     PMC